**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WILLIAM M. CONRAD,** : | |
| : | |
|    **Plaintiff,** : | |
| : | **CIVIL ACTION NO.:** |
| **v.** : | |
| : | **2:13-CV-4907-CDJ** |
| **CSX TRANSPORTATION, INC.,** : | |
| : | |
|    **Defendant.** : | |

## ORDER

**AND NOW**, this 7th day of January 2014, by stipulation of the parties, and, because the court finds that venue would be proper in the District of Maryland and that transfer would serve the convenience of the parties and witnesses, this action is **TRANSFERRED** to the United States District Court for the District of Maryland. In light of the foregoing, defendant's Motion to Transfer, (Doc. No. 15), is **DENIED AS MOOT**.

                                                      **BY THE COURT:**

                                                      **/s/ C. Darnell Jones  II,  J.**
                                                      **C. DARNELL JONES  II,  J.**